IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MEMPHIS PUBLISHING CO.,

    Plaintiff,

v.                                                                                       No. 04-2620-B/P

NEWSPAPER GUILD OF MEMPHIS,
LOCAL 33091,

    Defendant.

## ORDER OF REFERENCE

Before the court is Plaintiff's Motion to Expedite Determination on Memphis Publishing Company's Motion to Amend Complaint, or, in the Alternate, Stay Arbitration Pending Lawsuit filed on June 20, 2005.

This motion is referred to the United States Magistrate Judge for determination and/or report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the order and/or report, setting forth particularly those portions of the order and/or report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order and/or report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 22 day of June, 2005.

                               J. DANIEL BREEN
                               UNITED STATES DISTRICT JUDGE

FILED BY ___ D.C.
05 JUN 22 AM 10: 43
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 6-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02620 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Barbara Camens
BARR & CAMENS
1025 Connecticut Avenue
Suite 712
Washington, DC 20036

L. Michael Zinser
THE ZINSER LAW FIRM
150 Second Ave., N.
Ste. 410
Nashville, TN 37201

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Glenn E. Plosa
THE ZINSER LAW FIRM
150 Second Ave.,N.
Ste. 410
Memphis, TN 37201

Honorable J. Breen
US DISTRICT COURT