IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MEMPHIS PUBLISHING CO., )
)
Plaintiff, )
)
vs. ) Civ. No. 04-2620-B/P
)
NEWSPAPER GUILD OF MEMPHIS, )
LOCAL 33091, )
)
Defendants. )
)

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A CONFORMED COPY OF EXPEDITE MOTION TO STAY ARBITRATION PENDING LAWSUIT**

Before the Court is Plaintiff's Motion for Leave to file a Conformed Copy of Expedite Motion to Stay Arbitration Pending Lawsuit, filed June 30, 2005 (Dkt #50). For good cause shown, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 5, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02620 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Barbara Camens
BARR & CAMENS
1025 Connecticut Avenue
Suite 712
Washington, DC 20036

L. Michael Zinser
THE ZINSER LAW FIRM
150 Second Ave., N.
Ste. 410
Nashville, TN 37201

Glenn E. Plosa
THE ZINSER LAW FIRM
150 Second Ave.,N.
Ste. 410
Memphis, TN 37201

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT