IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MEMPHIS PUBLISHING COMPANY, ) ) Plaintiff, ) ) vs. ) ) NEWSPAPER GUILD OF MEMPHIS, ) LOCAL 33091 TNG-CWA, ) ) Defendant. ) | Case No. 04-2620-B/P |

## ORDER

In accordance with Defendant's Motion to Submit a Memorandum Exceeding Twenty Pages, and this Court being duly advised in its premises, it is this ___26th___ day of ___Sept___, 200_5_,

ORDERED, that such Motion shall be and hereby is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _9-26-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:04-CV-02620 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

L. Michael Zinser
THE ZINSER LAW FIRM
150 Second Ave., N.
Ste. 410
Nashville, TN 37201

Barbara Camens
BARR & CAMENS
1025 Connecticut Avenue
Suite 712
Washington, DC 20036

Glenn E. Plosa
THE ZINSER LAW FIRM
150 Second Ave.,N.
Ste. 410
Memphis, TN 37201

Honorable J. Breen
US DISTRICT COURT