
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MEMPHIS PUBLISHING COMPANY,

    Plaintiff,

v.                          No. 04-2620 B

NEWSPAPER GUILD OF MEMPHIS,
LOCAL 33091 TNG-CWA,

    Defendant.

## ORDER AMENDING THE COURT'S ORDER OF SEPTEMBER 26, 2005 AND PERMITTING DEFENDANT TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM BY NO MORE THAN EIGHT PAGES

On September 26, 2005, this Court granted the motion of the Defendant, Newspaper Guild of Memphis, Local 33091 TNG-CWA (the "Guild"), to exceed the 20-page limit placed on memoranda by the local rules of this district. The order did not, however, specify the number of pages by which the limit could be exceeded. Later the same day and without knowledge of the order's entry, the Plaintiff, Memphis Publishing Company, moved for clarification of the Guild's motion, seeking an order setting forth a specific number. Accordingly, the Court's September 26, 2005 order is hereby AMENDED to permit the Defendant to exceed the 20-page limit by no more than eight pages.

IT IS SO ORDERED this 27th day of September, 2005.

                                    J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CV-02620 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Barbara Camens
BARR & CAMENS
1025 Connecticut Avenue
Suite 712
Washington, DC 20036

L. Michael Zinser
THE ZINSER LAW FIRM
150 Second Ave., N.
Ste. 410
Nashville, TN 37201

Glenn E. Plosa
THE ZINSER LAW FIRM
150 Second Ave.,N.
Ste. 410
Memphis, TN 37201

Honorable J. Breen
US DISTRICT COURT