UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 NOV -1  AM 11: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| MEMPHIS PUBLISHING CO, | ) | CIVIL ACTION NO. 04-2620 BP |
| | ) | |
| Plaintiff-Counterdefendant, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | JOINT MOTION TO POSTPONE THE |
| | ) | PRE-TRIAL CONFERENCE AND |
| | | TRIAL |
| NEWSPAPER GUILD OF MEMPHIS LOCAL 33091 | ) ) | |
| | ) | |
| Defendant-Counterplaintiff. | ) ) | |

GOOD CAUSE, having been shown, the parties' Joint Motion to Postpone the Pre-Trial Conference and Trial in the above-captioned case is hereby GRANTED, and a new date for trial will be ordered.

It is so ORDERED.

10/31/05
Date

_____
The Honorable Daniel J. Breen
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

116

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 2:04-CV-02620 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Barbara Camens
BARR & CAMENS
1025 Connecticut Avenue
Suite 712
Washington, DC 20036

L. Michael Zinser
THE ZINSER LAW FIRM
150 Second Ave., N.
Ste. 410
Nashville, TN 37201

Glenn E. Plosa
THE ZINSER LAW FIRM
150 Second Ave.,N.
Ste. 410
Memphis, TN 37201

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT