IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MEMPHIS PUBLISHING COMPANY,

    Plaintiff,

v.                      No. 04-2620 B

NEWSPAPER GUILD OF MEMPHIS,
LOCAL 33091 TNG-CWA,

    Defendant.

---

ORDER REMOVING FROM PENDING STATUS DOCUMENT NO. 66

---

Pending on the docket in this matter is the July 14, 2005 motion of the Defendant to reschedule an evidentiary hearing on the Plaintiff's expedited motion to stay arbitration (Doc. No. 66). On July 18, 2005, the hearing was rescheduled by Magistrate Judge Tu Pham. Thus, as it appears the relief sought in the motion was granted, the Clerk of Court is directed to remove it from pending status.

IT IS SO ORDERED this 14th day of December, 2005.

                J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:04-CV-02620 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Glenn E. Plosa
THE ZINSER LAW FIRM
150 Second Ave.,N.
Ste. 410
Memphis, TN 37201

Barbara Camens
BARR & CAMENS
1025 Connecticut Avenue
Suite 712
Washington, DC 20036

L. Michael Zinser
THE ZINSER LAW FIRM
150 Second Ave., N.
Ste. 410
Nashville, TN 37201

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT